UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

**NANCY LEBOEUF,** *individually and on behalf of all others similarly situated*,

                    **Plaintiff,**

      vs.                                      1:22-cv-642 (MAD/CFH)

**EDGEWELL PERSONAL CARE COMPANY;
EDGEWELL PERSONAL CARE BRANDS, LLC;
and EDGEWELL PERSONAL CARE, LLC,**

                    **Defendants.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss the amended complaint (Dkt. No. 45) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 23rd day of August, 2023.

DATED: August 23, 2023

                                                                     Clerk of Court

                                                                    s/Britney Norton
                                                                    Deputy Clerk